ALESA SCHACHTER (SBN 102542)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for Defendant, PATRICK PATTISON

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA B.<br><br>    Plaintiff<br><br>v.<br><br>PATRICK PATTISON, Individually and in his capacity as an employee of Tehama County; COUNTY OF TEHAMA; CLAY PARKER, Individually and as Sheriff of the County of Tehama, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. Civ. S-05-307 LKK JFM<br><br>**ORDER GRANTING DEFENDANT, PATRICK PATTISON, AN EXTENSION IN WHICH TO FILE RESPONSIVE PLEADING** |

Good cause appearing, IT IS ORDERED that Defendant PATRICK PATTISON is granted an extension up to and including **May 6, 2005** in which to file a responsive pleading in the above-entitled matter.

Date: April 18, 2005.

                                          /s/ Lawrence K. Karlton
                                          LAWRENCE K. KARLTON
                                          Senior Judge