UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CASSANDRA B.,

    Plaintiff,

  v.                                    NO. CIV. S-05-307 LKK/JFM

PATRICK PATTISON, individually
and in his capacity as an           O R D E R
employee of Tehama County;
COUNTY OF TEHAMA; and CLAY PARKER,
individually and as Sheriff of the
County of Tehama,

    Defendants.

_____/

    The court is in receipt of defendant County of Tehama's letter on behalf of all the parties requesting that the court amend page 5:9-11 of its status conference order. Because defendant's counsel has represented that all the parties have approved of this amendment to the order, defendant's counsel's request is GRANTED.

    IT IS SO ORDERED.

    DATED: July 22, 2005.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT