LAURENCE L. ANGELO, ESQ. S.B. No. 34528    (SPACE BELOW FOR FILING STAMP ONLY)
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Ave. Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants
COUNTY OF TEHAMA & CLAY PARKER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA B., | Case No.:  05-CV-00307-LKK-JFM |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)** |
| vs. | |
| PATRICK PATTISON, Individually and in his capacity as an employee of Tehama County; COUNTY OF TEHAMA; CLAY PARKER, Individually and as Sheriff of the County of Tehama, and DOES 1 through 25, Inclusive, | **Trial Date:  December 5, 2006** <br> **Judge Presiding:  The Honorable Lawrence K. Karlton, Presiding Judge Emeritus** |
| Defendant. | |

   IT IS STIPULTATED by and between the parties hereto, through their respective counsel, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the above-entitled action be and it hereby is dismissed with prejudice,

-1-

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)

each party to bear, her, his, or its costs including attorneys fees' and costs.

Dated: _____, 2005      STEWART, HUMPHREYS,
                                  BURCHETT & MOLIN LLP


                                  By: _/signature on original_
                                      Richard J. Molin, Esq.
                                      SBN  066894
                                      Attorneys for Plaintiff
                                      Cassandra B

Dated: _____, 2005      JOHNSON, SCHACHTER & LEWIS,
                                  A PROFESSIONAL CORPORATION


                                  By:_/signature on original__
                                      ALESA M. SCHACHTER, ESQ.
                                      SBN 102542
                                      Attorneys for Defendant
                                      Patrick Pattison

Dated: _____, 2005      ANGELO, KILDAY & KILDUFF


                                  By:_/signature on original _
                                      LAURENCE L. ANGELO, ESQ.
                                      SBN 34528
                                      Attorneys for Defendants
                                      County of Tehama and Clay Parker

IT IS ORDERED that the above-captioned case is hereby DISMISSED with prejudice.

DATED:  November 29, 2005.

                                  /s/Lawrence K. Karlton
                                  Lawrence K. Karlton
                                  Senior Judge